IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. PATRIZIA RICCARDI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:06cv0605 |
| VANDERBILT UNIVERSITY MEDICAL CENTER, and DR. ROBERT KESSLER, and DR. MARTIN SANDLER, individually, | ) |
| Defendants. | ) |

## ORDER

Before the Court are two motions: (1) the Motion for Summary Judgment filed by Defendants Vanderbilt University Medical Center ("Vanderbilt") and Dr. Martin Sandler ("Sandler") (Doc. No. 66), seeking judgment in their favor on all claims brought against them by Plaintiff Dr. Patrizia Riccardi, including claims against Vanderbilt for sexual harassment by a supervisor and retaliation in violation of Title VII and § 4-21-301 of the Tennessee Human Rights Act, Tenn. Code Ann. ("THRA"), and against Sandler individually for retaliation in violation of the THRA; and (2) the Motion for Partial Summary Judgment (Doc. No. 75) by Defendant Dr. Robert Kessler ("Kessler"), seeking summary judgment as to the THRA retaliation claim asserted against him individually.

For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that Vanderbilt's and Sandler's motion should be granted in part and denied in part. Specifically, the motion for summary judgment as to the sexual harassment and retaliation claims against Vanderbilt is hereby **DENIED** on the grounds of disputed issues of material fact, but the motion for summary judgment as to the THRA retaliation claim against Sandler is **GRANTED** and that claim **DISMISSED**. Defendant Kessler's motion for partial summary judgment is **DENIED**

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge