IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRIZIA RICCARDI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Nos. 3:06-0605 and |
| ) | 3:06-0615 |
| ) | Judge Trauger |
| DR. ROBERT KESSLER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby **ORDERED** that a status conference shall be held in this case on Tuesday, April 20, 2010, at 2:00 p.m. in Judge Trauger's chambers.

It is so **ORDERED**.

ENTER this 9th day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge