# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DR. PATRIZIA RICCARDI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Nos. 3:06-0605 |
| ) | Judge Trauger |
| ) | |
| DR. ROBERT KESSLER, ) | |
| ) | |
| Defendant. ) | |

## CONSOLIDATED WITH

| | |
|---|---|
| ROBERT M. KESSLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:06-0615 |
| ) | Judge Trauger |
| ) | |
| DR. PATRIZIA RICCARDI, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

This consolidated case has been remanded by the Sixth Circuit Court of Appeals for trial on Dr. Patrizia Riccardi's two retaliation claims. This court, by Order entered in Case No. 3:06-0605 on April 9, 2010 (Docket No. 279), set a status conference for April 20, 2010 at 2:00 p.m. Through administrative error, this Order was not electronically transmitted to counsel for Dr. Riccardi. It is therefore **ORDERED** that the status conference scheduled for April 20, 2010 is **CANCELLED**.

1

These cases were consolidated several years ago for all purposes by Judge Wiseman, and his recusal Order reflects that. (Docket No. 29 in Case No. 3:06-0615). When cases are consolidated, all filings are to be made under the lower case number--here, Case No. 3:06-0605. Through administrative error, the decision of the Sixth Circuit Court of Appeals was entered only in Case No. 3:06-0615. It is hereby **ORDERED** that, henceforth, all filings in these consolidated cases are to be made under the lower case number, Case No. 3:06-0605.

A status conference to discuss the scheduling of the trial on the claims that have been remanded from the Sixth Circuit Court of Appeals is hereby **RESET** for April 30, 2010, at 11:30 a.m.

It is so **ORDERED**.

ENTER this 19th day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge