# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| DR. PATRIZIA RICCARDI, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Nos. 3:06-0605 |
| | ) | Judge Trauger |
| DR. ROBERT KESSLER, | ) | |
| Defendant. | ) | |

## CONSOLIDATED WITH

| | | |
|---|---|---|
| ROBERT M. KESSLER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:06-0615 |
| | ) | Judge Trauger |
| DR. PATRIZIA RICCARDI, | ) | |
| Defendant. | ) | |

## O R D E R

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED**.

ENTER this 12th day of May 2010.

_____
ALETA A. TRAUGER
U.S. District Judge