IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DR. PATRIZIA RICCARDI, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:06-0605 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| DR. ROBERT KESSLER, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSOLIDATED WITH**

| | | |
|---|---|---|
| ROBERT M. KESSLER, | ) | |
| | ) | |
| Plaintiff | ) | NO. 3:06-0615 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| DR. PATRIZIA RICCARDI, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A status conference is set in this action for **Friday, June 4. 2010 at 2:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the _18th_ day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge