RECEIVED
IN CLERK'S OFFICE
MAY 24 2010
U.S. DISTRICT COURT
MID. DIST. TENN.

SCANNED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Patrizia Riccardi, | ) |
| Plantiff, | ) |
| v. | ) CASE NOS: 3:06-0605 |
| | ) 3:06-0615 |
| Robert Kessler, | ) |
| Defendant | ) |

**MOTION TO RECUSE**

Plaintiff, Dr. Patrizia Riccardi, *Pro Se,* respectfully moves this Court seeking the recusal of District Court Judge William Joseph Haynes, Jr. based on his long standing affiliation, as a law professor, with Vanderbilt University, which was once a party to this action, and is the current employer of Defendant Dr. Robert Kessler. Dr. Kessler, through his internationally recognized grant work in brain imaging, brings in millions of dollars in revenue to Vanderbilt. As such, Dr. Kessler is an important employee to Vanderbilt.

Judge Haynes is currently a Lecturer in Law at Vanderbilt Law School, and has a long history of employment by Vanderbilt University.[1] Judge Haynes' affiliation with Vanderbilt raises the appearance of partiality, and thus, pursuant to 28 USC § 455, Judge Haynes should recuse himself from hearing this case.

---

[1] *See* http://www.tnmd.uscourts.gov/haynes_bio

*Handwritten annotation:* ORDER — This motion is DENIED. The Court no longer teaches at Vanderbilt and has not taught for years. WJH Jr. 5-26-10