IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DR. PATRICIA RICCARDI, | ) | |
| Plaintiff, | ) ) ) | NO. 3:06-00605<br>JUDGE HAYNES |
| v. | ) ) | |
| DR. ROBERT KESSLER, | ) ) | |
| Defendant. | ) | |

**CONSOLIDATED WITH**

| | | |
|---|---|---|
| DR. ROBERT KESSLER, | ) ) | |
| Plaintiff, | ) ) ) | NO. 3:06-00615<br>JUDGE HAYNES |
| v. | ) ) | |
| DR. PATRICIA RICCARDI, | ) ) | |
| Defendant. | ) | |

### ORDER

A status conference in this action is set for **Monday, July 12, 2010 at 2:00 p.m.**

Plaintiff's failure to appear may result in a dismissal of this action.

It is so **ORDERED**.

**ENTERED** this the 22nd day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge