IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Patrizia Riccardi, | ) |
| Plantiff, | ) |
| v. | ) CASE NO: 3:06-0605 |
| Robert Kessler, | ) |
| Defendant | ) |

*ORDER*
*This request*
*was granted.*
[signature]
6-25-10

To District Judge Haynes

This is to advise you that I will not be able to attend the June 4th conference because I will be out of the country for a pre planned Congress.

Therefore, I respectfully request that this Court rescheduled this conference for a later date so I may be able to participate.

Sincerely,
[signature]
Patrizia Riccardi, M.D.
*Pro se*

Cc: Kevin Sharp, Esq
Drescher and Sharp, P.C
1720 West End, Suite 300
Nashville, TN, 37203