RECEIVED
IN CLERK'S OFFICE
JUL 2 6 2010
U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Patrizia Riccardi, )
)
Plantiff, )
) CASE NO: 3:06-0605
v. )
)
Robert Kessler, )
)
Defendant )

*[Handwritten annotation:] Plaintiff has had almost 3 months to secure counsel. Plaintiff is given until September 17, 2010 to secure new counsel. A status conference is set for September 24, 2010 at 4:00 pm. Plaintiff's failure to appear again for a status conference may result in a dismissal of this action.
[Signature] USDJ 9-1-10*

To Whom it May Concern:

I am the Plaintiff in the above referenced matter. I attempted in good faith to secure legal representation for the conference scheduled on 7/12/2010, but was unable to do so in time for the conference. I planned on having an attorney represent me at the conference. I am still in the process of speaking with attorneys to obtain legal representation.

I was unable to physically appear for the July 12 conference because I have a new job and was unable to take the day off. I made several attempts to reach the Chief Clerk at 615-736-7441 to explain my circumstances and make a request to participate in the conference scheduled for 12th of July 2010 via phone; however she never returned my phone calls.

I was able to speak with chambers who told me to make a written request. I faxed my request on July 12th to 615- 736-5285. I apologize for the inconvenience this circumstance has caused the Court.

I am now requesting time to secure counsel. Thank you for your courtesies in connection with this request.

Sincerely,
Patrizia Riccardi, M.D
[Signature]