IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. PATRIZIA RICCARDI, | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) No.: 3:06-cv-0605 |
| DR. ROBERT KESSLER, | ) Judge William J. Haynes |
| Defendant. | ) |

## ~~PROPOSED~~ CASE MANAGEMENT ORDER

Pursuant to the Case Status Conference held before the Honorable William Haynes on October 15, 2010, and based upon the statements in open court of counsel for Dr. Kessler and the statements of Dr. Patrizia Riccardi, the following schedule shall apply:

1. Dr. Kessler shall have ten (10) days to provide to Plaintiff any and all documents related to the resubmission of the two grants at issue for trial, which have been generated since the original trial in this matter in October 2007;

2. Discovery shall be completed on or before January 13, 2011;

3. Plaintiff shall serve written discovery within ten (10) days from the date of this Order;

4. Defendant shall serve written discovery within twenty-five (25) days from the date of this Order;

5. Dispositive motions, if any, shall be filed on or before February 11, 2011;

6. Trail is set for March 15, 2011;

7. The pretrial conference is set for February 28, 2011 at 3:00 PM;

8. If either party wishes to request mediation, a written request must be made before February 11, 2011.

It is so Ordered.

Entered this ___1st___ day of ___November___, 2010.

WILLIAM J. HAYNES
U.S. District Judge

Respectfully submitted,

/s/ Kevin H. Sharp
Kevin H. Sharp, BPR # 016287
**DRESCHER AND SHARP, P.C.**
1720 West End Avenue, Suite 300
Nashville, Tennessee 37203
(615) 425-7111

*Attorneys for Plaintiff*