SCANNED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
2010 OCT 27 AM 10: 48
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | | |
|---|---|---|
| DR. PATRIZIA RICCARDI, | ) | CIVIL ACTION |
| Plaintiff, | ) | No.: 3-06-cv-0605 |
| | ) | |
| | ) | Judge William J. Haynes |
| DR. ROBERT KESSLER | ) | |
| Defendant | ) | |

## PROPOSED CASE MANAGEMENT ORDER

Plaintiff Dr. Patrizia Riccardi objects to Defendant Dr. Robert Kessler's Proposed Case Management Order dated, October 22, 2010 ("Proposal") in that the Proposal provides Defendant with twenty five (25) days for serving written discovery while only providing Plaintiff with ten (10) days for serving written discovery. Plaintiff proposes that both parties be afforded the same amount of time for serving written discovery. Plaintiff agrees with the remainder of the Proposed Case Management Order.

Respectfully submitted,

Patrizia Riccardi, MD

555 Main Street, Apt. 515
NY NY, 10044
646-3423355

*[Handwritten order:]* ORDER. The case management order is AMENDED to provide 25 days for each party to serve written discovery.

*[Signed]* 11-2-10