SCANNED

RECEIVED
IN CLERK'S OFFICE

NOV 2 2 2010

U.S. DISTRICT COURT
MID. DIST. TENN.

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

RE: Riccardi v. Kessler 03:0605

Dear Judge Haynes :

As you know, I am the Pro Se Plaintiff in the above-referenced case. At the last Court conference on October 15, 2010, Your Honor authorized certain additional discovery in this case, including allowing me to obtain any and all documents concerning Dr. Robert Kessler's Methamphetamine grant(s), which are at issue in this case because I allege that Dr. Kessler retaliated against me after I made a sexual harassment complaint against him by excluding me from working with him on certain grants including his Methamphetamine grant. Dr. Kessler has not provided me with any documents concerning this grant, and his counsel represents that none exist. I have a good faith belief that documents do exist based on my experience with the grant process, and the fact that at the very least there should exist documents concerning the status of the grant.

I am writing to respectfully request that Your Honor sign the enclosed subpoena duces tecum to be served on Vanderbilt University Medical Center ("Vanderbilt") seeking any and all documents concerning Dr. Robert Kessler's grant(s) concerning the topic of Methamphetamine from the time period October 2005 through present. I make this request on my good faith belief that documents concerning this grant do actually exist. These documents are necessary for the prosecution of my retaliation case against Dr. Kessler.

Thank you very much for your attention to this request.

Respectfully submitted,

Dr. Patrizia Riccardi, *pro se*
555 Main Street , Apt 515
NY, NY 10044
Cell 646-3423355

Cc: Kevin Sharp

*[Handwritten note by judge:]* Given counsel's representation and the absence of specific facts for the good faith belief, the request is DENIED.

[signed] 11-25-10