SCANNED  FILED

2011 JAN -6 AM 11: 00

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRIZIA RICCARDI, ) | |
| ) | |
| Plantiff ) | |
| ) | No:06-0605 |
| v. ) | |
| ) | |
| ROBERT KESSLER, ) | |
| Defendant ) | |

## MOTION FOR DEFENDANT TO PRODUCE VERIFIED RESPONSE TO INTERROGATORIES

Plaintiff served interrogatories to Defendant on 10/29/2010

Defendant Kessler served responses interrogatories on 11/29/2010

However, those responses were not verified as required by Court rules.

Plaintiff sent two letters on December 3rd and 15th to attorney Kevin Sharp to request verified responses to interrogatories (see attached faxed copies).

To date, Plaintiff has not received the verification as requested, consequently Plaintiff respectfully request the Court to order Defendant to produce verification

Respectfully submitted,

Dr. Patrizia Riccardi, *pro se*

555 Main street, Apt 515
New York, NY 10044
Cell 646-343-3355

1