IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DR. PATRIZIA RICCARDI, | ) | |
| Plaintiff, | ) ) | CASE NO. 3:06-0605 |
| | ) | JUDGE HAYNES |
| v. | ) ) | |
| DRO. ROBERT KESSLER, | ) ) | |
| Defendant | ) ) | |

| | | |
|---|---|---|
| DR. ROBERT KESSLER, | ) ) | |
| Plaintiff, | ) ) | CASE NO. 3:06-0615 |
| | ) | JUDGE HAYNES |
| v. | ) ) | |
| DR. PATRIZIA RICCARDI, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Before the Court is Plaintiff's notice of voluntary dismissal of her remaining claims without prejudice. (Docket Entry No. 379). For the reasons stated in open court and pursuant to Fed. R. Civ. P. 41(b), this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the _____ day of March, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge