IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DR. PATRIZIA RICCARDI, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:06-cv-0605 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| VANDERBILT UNIVERSITY MEDICAL ) | |
| CENTER, DR. ROBERT KESSLER, ) | |
| and DR. MARTIN SANDLER, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Based upon a review of the file, Plaintiff Patrizia Riccardi has failed to notify the Court of her current mailing address, and the Defendant Robert Kessler's efforts to serve her have been unsuccessful (Docket Entry Nos. 426, 427, 430, 434, 435, 438 and 439). This action is **ADMINISTRATIVELY CLOSED**, but may be reopened if Defendant Kessler notifies the Court of Plaintiff's current mailing address.

It is so **ORDERED**.

ENTERED this the 27th day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court